to exclude the opinion testimony of Jones's expert witness under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 113 S.Ct. 2786, 125 L.Ed.2d 469 (1993), and for summary judgment. The court, in a comprehensive order dated July 21, 2011, granted both motions.

Jones appeals the summary judgment and the court's order excluding her expert's opinion testimony. We find no abuse of discretion in the district court's exclusion of the expert's testimony and therefore affirm its ruling. And we find no error in the the district court's ruling that the doctrine of *res ipsa loquitur* is inapplicable in this case and in its decision granting Publix summary judgment.

AFFIRMED.

Before EDMONDSON, BARKETT and HULL, Circuit Judges.

## ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM:

On February 21, 2012, the United States Supreme Court reversed this Court's decision in *Maples v. Allen*, 586 F.3d 879 (2009), and remanded this case to this Court for further proceedings. In turn, this Court now remands this case to the United States District Court for the Northern District of Alabama for further proceedings consistent with the opinion of the United States Supreme Court in *Maples v. Thomas*, 565 U.S. ——, 132 S.Ct. 912, 181 L.Ed.2d 807 (2012).

Cory R. MAPLES, Petitioner–Appellant,

v.

**COMMISSIONER OF the ALABAMA DEPARTMENT OF CORRECTIONS,** Respondent–Appellee.

No. 07–15187.

United States Court of Appeals, Eleventh Circuit.

March 8, 2012.

UNITED STATES of America, Plaintiff–Appellee,

v.

Carlos Antonil VILLANUEVA–ALMENDAREZ, Defendant–Appellant.

No. 11–14356
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

March 9, 2012.